NO. 07-04-0490-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

MARCH 29, 2006

______________________________

RHONDA TULANE SMITH, 

Appellant

v.

THE STATE OF TEXAS, 

Appellee

_________________________________

FROM THE 320
TH
 DISTRICT COURT OF POTTER COUNTY;

NO. 49,124-D; HON. DON EMERSON, PRESIDING

_______________________________

Memorandum Opinion

_______________________________

Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

Appellant, Rhonda Tulane Smith, was convicted upon her open plea of guilty to the offense of delivering a controlled substance to a child.  The conviction was based on her act of ingesting methamphetamine while pregnant, and her unborn child was the purported recipient of the drug as contemplated in the charge.  The issues raised by appellant are the same as those raised by Tracy Yolanda Ward in our opinion issued this same date in cause number 07-04-0457-CR.  Further, the opinion issued in that case controls the outcome here.  So, we incorporate that opinion into this one and reverse the judgment of the trial court.  

Accordingly, for the reasons explained in our opinion rendered in cause number 07-04-0457-CR, we reverse the trial court’s judgment and render judgment acquitting appellant of the crime as charged in the indictment.  

Brian Quinn 

          Chief Justice

Do not publish.